**UNITED STATES of America,**
**Plaintiff–Appellee,**

·v.

**Eric Dewayne SPENCER, a/k/a High School, Defendant–Appellant.**

No. 01–7051.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Eric Dewayne Spencer, pro se. Monica Kaminski Schwartz, Office of the United States Attorney, Charleston, WV, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Eric Dewayne Spencer appeals the district court's order denying his motion for new trial and subsequent motion for reconsideration of that denial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and affirm on the reasoning of the district court. *United States v. Spencer,* No. CR–99–12 (S.D.W.Va. Apr. 30 & June 4, 2001). We further deny Spencer's motions for injunctive relief and for designation of records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*